UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | § | Case No. 10-11362-JKC-7 |
|---|---|---|
| | § | |
| ARDESSA MARIE FISHER | § | |
| GARRY KENNETH FISHER, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Richard E. Boston, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $35,000.00 | Assets Exempt: | $6,137.00 |
| Total Distributions to Claimants: | $1,063.96 | Claims Discharged Without Payment: | $13,617.31 |
| Total Expenses of Administration: | $424.15 | | |

3)   Total gross receipts of $3,483.27  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,995.16 (see **Exhibit 2),** yielded net receipts of $1,488.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $34,445.86 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $424.15 | $424.15 | $424.15 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $21,985.95 | $9,739.94 | $9,739.94 | $1,063.96 |
| **Total Disbursements** | $56,431.81 | $10,164.09 | $10,164.09 | $1,488.11 |

4). This case was originally filed under chapter 7 on 07/29/2010. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2012          By:   /s/ Richard E. Boston, Trustee
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

EXHIBITS TO
FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Federal and State Tax Refunds | 1224-000 | $3,483.00 |
| Interest Earned | 1270-000 | $0.27 |
| **TOTAL GROSS RECEIPTS** | | **$3,483.27** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Garry and Ardessa Fisher c/o T. Thompson, Attorney | Exemptions | 8100-002 | $1,995.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,995.16** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage | 4110-000 | $34,445.86 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$34,445.86** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard E. Boston, Trustee, Trustee | 2100-000 | NA | $372.03 | $372.03 | $372.03 |
| Richard E. Boston, Trustee, Trustee | 2200-000 | NA | $42.70 | $42.70 | $42.70 |
| Bank of Texas | 2600-000 | NA | $9.42 | $9.42 | $9.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$424.15** | **$424.15** | **$424.15** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**
UST Form 101-7-TDR (5/1/2011)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PACESETTER FINANCIAL SERVICES | 7100-000 | $1,436.00 | $1,436.72 | $1,436.72 | $10.12 |
| 2 | Chase Bank USA, N.A. | 7100-000 | $314.39 | $361.33 | $361.33 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2; Chase Bank USA, N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.54 |
| 3 | Wayne Bank and Trust | 7100-000 | $8,148.00 | $803.90 | $803.90 | $5.66 |
| 4 | Credit First NA | 7100-000 | $1,002.00 | $1,002.45 | $1,002.45 | $1,002.45 |
| 5 | NCO PORTFOLIO MANAGEMENT | 7100-000 | $1,327.23 | $1,351.83 | $1,351.83 | $9.52 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $2,638.00 | $2,942.06 | $2,942.06 | $20.71 |
| 7 | United Consumer Financial Serv. | 7100-000 | $837.00 | $632.62 | $632.62 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 7; United Consumer Financial Serv.) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.45 |
| 8 | PRA Receivables Management, LLC | 7100-000 | $1,342.00 | $1,209.03 | $1,209.03 | $8.51 |
| | AFNI | 7100-000 | $435.00 | NA | NA | $0.00 |
| | AFNI | 7100-000 | $208.37 | NA | NA | $0.00 |
| | Fingerhut | 7100-000 | $756.00 | NA | NA | $0.00 |
| | GEMB Lowes | 7100-000 | $670.00 | NA | NA | $0.00 |
| | Midland Credit Management | 7100-000 | $1,779.89 | NA | NA | $0.00 |
| | Regent Asset Management Solutions | 7100-000 | $1,092.07 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,985.95 | $9,739.94 | $9,739.94 | $1,063.96 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 10-11362-JKC-7 | Trustee Name: | Richard E. Boston |
| Case Name: | FISHER, ARDESSA MARIE AND FISHER, Jr., GARRY KENNETH | Date Filed (f) or Converted (c): | 07/29/2010 (f) |
| For the Period Ending: | 8/21/2012 | §341(a) Meeting Date: | 09/08/2010 |
| | | Claims Bar Date: | 01/13/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residential Home located at 205 S. 11th Street Richmond IN 47374 | $35,900.00 | $554.14 | OA | $0.00 | FA |
| 2 | Chase Bank Account xxxxxxxxxxxxx1619 | $350.00 | $0.00 | OA | $0.00 | FA |
| 3 | Sofa chair table television stand computer desk dishes cookware bedroom suite 2 televisions DVD player end tables china cabinet baby bed refrigerator stove grill washer dryer yard equipment tools small appliances yard equipment. linens. | $637.00 | $0.00 | OA | $0.00 | FA |
| 4 | DVDs children's books pictures knick-knacks | $50.00 | $0.00 | OA | $0.00 | FA |
| 5 | Clothing | $200.00 | $0.00 | OA | $0.00 | FA |
| 6 | 1998 Chevrolet C/K 1500 in fair condition | $2,350.00 | $0.00 | OA | $0.00 | FA |
| 7 | 1997 Jeep Grand Cherokee in fair condition | $1,650.00 | $0.00 | OA | $0.00 | FA |
| 8 | dog and cat | $0.00 | $0.00 | OA | $0.00 | FA |
| 9 | 2010 Federal and State Tax Refunds (u) | Unknown | $1,487.84 | | $3,483.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.27 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$41,137.00    $2,041.98        $3,483.27    $0.00

**Major Activities affecting case closing:**
2010 Federal and State Tax Refunds
ready to close
Reviewed claims all claims allowed, tfr and te app fees submitted to UST. No notice needed.
Te app fees filed.
distribution made
tdr

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| | |
|---|---|
| **Case No.:** 10-11362-JKC-7 | **Trustee Name:** Richard E. Boston |
| **Case Name:** FISHER, ARDESSA MARIE AND FISHER, Jr., GARRY KENNETH | **Date Filed (f) or Converted (c):** 07/29/2010 (f) |
| **For the Period Ending:** 8/21/2012 | **§341(a) Meeting Date:** 09/08/2010 |
| | **Claims Bar Date:** 01/13/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 09/15/2011    **Current Projected Date Of Final Report (TFR):** 01/10/2012    /s/ RICHARD E. BOSTON
                                                                                                                                                  RICHARD E. BOSTON

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-11362-JKC-7 | Trustee Name: | Richard E. Boston |
|---|---|---|---|
| Case Name: | FISHER, ARDESSA MARIE AND FISHER, Jr., GARRY KENNETH | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******0881 | Checking Acct #: | ******2576 |
| Co-Debtor Taxpayer ID #: | ******0882 | Account Title: | DDA |
| For Period Beginning: | 7/29/2010 | Blanket bond (per case limit): | $89,930,480.00 |
| For Period Ending: | 8/21/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $1,488.11 | | $1,488.11 |
| 09/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.40 | $1,485.71 |
| 10/17/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.32 | $1,483.39 |
| 11/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.79 | $1,478.60 |
| 11/16/2011 | | Bank of Texas | Reverse Bank Service Fee | 2600-000 | | ($2.40) | $1,481.00 |
| 12/14/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.31 | $1,478.69 |
| 03/08/2012 | 5001 | Richard E. Boston, Trustee | Trustee Expenses | 2200-000 | | $42.70 | $1,435.99 |
| 03/08/2012 | 5002 | Richard E. Boston, Trustee | Trustee Compensation | 2100-000 | | $372.03 | $1,063.96 |
| 03/08/2012 | 5003 | Credit First NA | | 7100-000 | | $1,002.45 | $61.51 |
| 03/08/2012 | 5004 | PACESETTER FINANCIAL SERVICES | | 7100-000 | | $10.12 | $51.39 |
| 03/08/2012 | 5005 | Clerk, US Bankruptcy Court | Small Dividends | * | | $6.99 | $44.40 |
| | | | Claim Amount $(2.54) | 7100-001 | | | $44.40 |
| | | | Claim Amount $(4.45) | 7100-001 | | | $44.40 |
| 03/08/2012 | 5006 | Wayne Bank and Trust | | 7100-000 | | $5.66 | $38.74 |
| 03/08/2012 | 5007 | NCO PORTFOLIO MANAGEMENT | | 7100-000 | | $9.52 | $29.22 |
| 03/08/2012 | 5008 | Capital One Bank (USA), N.A. | | 7100-000 | | $20.71 | $8.51 |
| 03/08/2012 | 5009 | PRA Receivables Management, LLC | | 7100-000 | | $8.51 | $0.00 |

SUBTOTALS    $1,488.11    $1,488.11

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 10-11362-JKC-7 | | **Trustee Name:** | Richard E. Boston |
| **Case Name:** | FISHER, ARDESSA MARIE AND FISHER, Jr., GARRY KENNETH | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | ******0881 | | **Checking Acct #:** | ******2576 |
| **Co-Debtor Taxpayer ID #:** | ******0882 | | **Account Title:** | DDA |
| **For Period Beginning:** | 7/29/2010 | | **Blanket bond (per case limit):** | $89,930,480.00 |
| **For Period Ending:** | 8/21/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,488.11 | $1,488.11 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,488.11 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,488.11 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,488.11 | |

| **For the period of 7/29/2010 to 8/21/2012** | | | **For the entire history of the account between 07/29/2011 to 8/21/2012** | |
|---|---|---|---|---|
| Total Compensable Receipts: | $0.00 | | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,488.11 | | Total Internal/Transfer Receipts: | $1,488.11 |
| | | | | |
| Total Compensable Disbursements: | $1,488.11 | | Total Compensable Disbursements: | $1,488.11 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,488.11 | | Total Comp/Non Comp Disbursements: | $1,488.11 |
| Total Internal/Transfer Disbursements: | $0.00 | | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-11362-JKC-7 | | Trustee Name: | Richard E. Boston |
|---|---|---|---|---|
| Case Name: | FISHER, ARDESSA MARIE AND FISHER, Jr., GARRY KENNETH | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0881 | | Money Market Acct #: | ******1362 |
| Co-Debtor Taxpayer ID #: | ******0882 | | Account Title: | |
| For Period Beginning: | 7/29/2010 | | Blanket bond (per case limit): | $89,930,480.00 |
| For Period Ending: | 8/21/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2011 | (9) | US Treasury | Tax refund | 1224-000 | $3,483.00 | | $3,483.00 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.02 | | $3,483.02 |
| 05/13/2011 | 101 | Garry and Ardessa Fisher c/o T. Thompson, Attorney | pro-rata share tax refund(s) | 8100-002 | | $1,995.16 | $1,487.86 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $1,487.99 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.06 | | $1,488.05 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July 2011 | 1270-000 | $0.06 | | $1,488.11 |
| 07/29/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $1,488.11 | $0.00 |
| | | | TOTALS: | | $3,483.27 | $3,483.27 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,488.11 | |
| | | | Subtotal | | $3,483.27 | $1,995.16 | |
| | | | Less: Payments to debtors | | $0.00 | $1,995.16 | |
| | | | Net | | $3,483.27 | $0.00 | |

| For the period of 7/29/2010 to 8/21/2012 | | For the entire history of the account between 04/25/2011 to 8/21/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,483.27 | Total Compensable Receipts: | $3,483.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,483.27 | Total Comp/Non Comp Receipts: | $3,483.27 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $1,995.16 | Total Non-Compensable Disbursements: | $1,995.16 |
| Total Comp/Non Comp Disbursements: | $1,995.16 | Total Comp/Non Comp Disbursements: | $1,995.16 |
| Total Internal/Transfer Disbursements: | $1,488.11 | Total Internal/Transfer Disbursements: | $1,488.11 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-11362-JKC-7 | Trustee Name: | Richard E. Boston |
|---|---|---|---|
| Case Name: | FISHER, ARDESSA MARIE AND FISHER, Jr., GARRY KENNETH | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0881 | Money Market Acct #: | ******1362 |
| Co-Debtor Taxpayer ID #: | ******0882 | Account Title: | |
| For Period Beginning: | 7/29/2010 | Blanket bond (per case limit): | $89,930,480.00 |
| For Period Ending: | 8/21/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,483.27 | $3,483.27 | $0.00 |

| For the period of 7/29/2010 to 8/21/2012 | | For the entire history of the case between 07/29/2010 to 8/21/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,483.27 | Total Compensable Receipts: | $3,483.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,483.27 | Total Comp/Non Comp Receipts: | $3,483.27 |
| Total Internal/Transfer Receipts: | $1,488.11 | Total Internal/Transfer Receipts: | $1,488.11 |
| | | | |
| Total Compensable Disbursements: | $1,488.11 | Total Compensable Disbursements: | $1,488.11 |
| Total Non-Compensable Disbursements: | $1,995.16 | Total Non-Compensable Disbursements: | $1,995.16 |
| Total Comp/Non Comp Disbursements: | $3,483.27 | Total Comp/Non Comp Disbursements: | $3,483.27 |
| Total Internal/Transfer Disbursements: | $1,488.11 | Total Internal/Transfer Disbursements: | $1,488.11 |